## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES JOHNSON AND RUBY JOHNSON, | : : : : | |
| Plaintiffs, | : : | C.A. No.: |
| v. | : : : | |
| ADVANCE AUTO PARTS, INC., et al., | : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL

I, Paul A. Bradley, Esquire, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 1201 N. Market Street, Suite 900, Wilmington, Delaware, which is located in the city, county and state where the mailing described below took place.

On March 1, 2013, I deposited in the United States Mail at Wilmington, Delaware, a copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which is attached to this Certificate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2013.

_____
Paul A. Bradley

## *CHARLES JOHNSON AND RUBY JOHNSON v. ADVANCE AUTO PARTS, INC., et al.*
## SERVICE LIST

| | |
|---|---|
| Kara A. Hager, Esquire<br>Napoli Bern Ripka Shkolnik & Associates LLP<br>1000 N. West Street, Suite 1244<br>Wilmington, DE 19801<br>***Counsel for Plaintiffs*** | Beth E. Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>***Counsel for General Electric Co. and Union Carbide Corp.*** |
| Matthew Donelson, Esquire<br>Eckert Seamans Cherin & Mellott LLC<br>300 Delaware Avenue<br>Suite 1210<br>Wilmington, DE 19801<br>***Counsel for Borg Warner Morse Tech Inc.*** | Christian J. Singewald, Esquire<br>White & Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>***Counsel for Ford Motor Co.*** |
| Joelle Wright Florax, Esquire<br>Rawle & Henderson LLP<br>300 Delaware Avenue, Suite 1015<br>PO Box 588<br>Wilmington, DE 19899-0588<br>***Counsel for Honeywell International, Inc.*** | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson LLC<br>1201 N. Market ST, Suite 900<br>Wilmington, DE 19801<br>***Counsel for Genuine Parts Co. and National Automotive Parts Association*** |
| C. Scott Reese, Esquire<br>Cooch & Taylor P.A.<br>1000 West Street, 10th Floor<br>Wilmington, DE 19801<br>***Counsel for Pneumo Abex Corp. and Pep Boys Manny Moe & Jack*** | Trevor J. Mohr, Esquire<br>Wilbraham Lawler & Buba PC<br>901 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>***Counsel for Advance Auto Parts, Inc.*** |
| Joseph W. Benson, Esquire<br>Joseph W. Benson, PA<br>P.O. Box 248<br>Wilmington, DE 19899<br>***Counsel for Crown Cork & Seal Co. Inc.*** | Kevin A. Guerke, Esquire<br>Seitz, Van Ogtrop & Green, PA<br>222 Delaware Avenue, Suite 1500<br>PO Box 68<br>Wilmington, DE 19899<br>***Counsel for Deere & Co.*** |
| Kelly A. Costello, Esquire<br>Morgan Lewis & Bockius, LLP<br>1007 N Orange St, Suite 501<br>Wilmington, DE 19801<br>***Counsel for Elliott Turbomachinery Co. Inc. and Elliott Co.*** | Robert Beste, Esquire<br>Smith, Katzenstein & Jenkins LLP<br>800 Delaware Avenue, 10th FL<br>PO Box 410<br>Wilmington, DE 19899<br>***Counsel for General Dynamics Corp.*** |

| | |
|---|---|
| Jason Cincilla, Esquire<br>Cooley Manion Jones LLP<br>1105 North Market Street, Suite 200<br>Wilmington, Delaware 19801<br>***Counsel for Georgia Pacific LLC*** | Jonathan L. Parshall, Esquire<br>Murphy & Landon<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>***Counsel for John Crane Inc.*** |
| R. Stokes Nolte, Esquire<br>Reilly, Janiczek & McDevitt, PC<br>Delle Donne Corporate Center<br>1013 Centre Road, Suite 210<br>Wilmington, DE 19805<br>***Counsel for Murco Wall Products Inc.*** | Nancy Shane Rappaport, Esquire<br>DLA Piper LLP<br>919 North Market Street, 15th Floor<br>Wilmington, Delaware 19801<br>***Counsel for Northrop Grumman Corp.*** |
| David G. Culley, Esquire<br>Tybout, Redfearn & Pell<br>750 Shipyard Drive, 4th FL<br>Wilmington, DE 19899<br><br>***Counsel for Robert Bosch LLC*** | |